THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-00025-B0-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PEDRO GUILLEN-CORDOVA | ) | |

This Cause comes before the Court upon Defendant Pedro Guillen-Cordova's motion to seal his Sentencing Memorandum. For good cause shown, the Sentencing Memorandum is hereby sealed.

SO ORDERED, this the ___ day of September, 2018.

TERRENCE W. BOYLE
U.S. District Judge